# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **PEDLAR COSMETIC AND FAMILY DENTISTRY PLLC,** | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | **CIVIL ACTION NO. 4:23-cv-04014** |
| **UTICA LLOYD'S OF TEXAS,** | § § § | |
| *Defendant*. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Utica Lloyd's of Texas hereby notifies the Court that the parties have reached an agreement to resolve this matter and are finalizing the settlement. The parties will file a joint stipulation of dismissal with prejudice upon execution of the settlement documents, which will dispose of this case in its entirety.

To preserve judicial economy, the parties request that the Court remove this case from the pretrial and trial docket and abate any remaining deadlines for sixty (60) days while the parties finalize the pertinent settlement and dismissal papers.

Respectfully submitted,

*/s/ Daniel P. Buechler*
Daniel P. Buechler
State Bar No. 24047756
dbuechler@thompsoncoe.com
Brett D. Gardner
State Bar No.  24078539
bgardner@thompsoncoe.com
Thompson, Coe, Cousins & Irons, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:     (214) 871-8200
Facsimile:      (214) 871-8209

**ATTORNEYS FOR DEFENDANT
UTICA LLOYD'S OF TEXAS**

## CERTIFICATE OF SERVICE

I certify a true and correct copy of this instrument was served upon the following counsel of record via electronic mail in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on the 20th day of November, 2024:

Chad T. Wilson
cwilson@cwilsonlaw.com
Jay Scott Simon
jsimon@cwilsonlaw.com
Chad T. Wilson Law Firm PLLC
455 E. Medical Center Blvd., Suite 555
Webster, Texas 77598
832-415-1432

ATTORNEYS FOR PLAINTIFF
PEDLAR COSMETIC & FAMILY DENTISTRY PLLC

*/s/ Brett D. Gardner*
Brett D. Gardner