United States District Court
Southern District of Texas
**ENTERED**
November 25, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PEDLAR COSMETIC and FAMILY DENTISTRY PLLC | § § § |
| VS | §   CIVIL ACTION NO. H-23-4014 |
| UTICA LLOYD'S OF TEXAS | § § § |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached (*see* Doc. No. 9). Therefore, this case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next ninety days.

SIGNED on this 22nd day of November 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE