# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **PEDLAR COSMETIC AND FAMILY DENTISTRY PLLC,** | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § | CIVIL ACTION NO. 4:23-cv-04014 |
| **UTICA LLOYD'S OF TEXAS,** | § § § § | |
| *Defendant*. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Pedlar Cosmetic and Family Dentistry PLLC and Defendant Utica Lloyd's of Texas hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendant Utica Lloyd's of Texas are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 17th day of December, 2024.

*[Signatures of counsel appear on the following page]*

                Respectfully submitted,

                */s/ Daniel P. Buechler*
                Daniel P. Buechler
                State Bar No. 24047756
                dbuechler@thompsoncoe.com
                Brett D. Gardner
                State Bar No.  24078539
                bgardner@thompsoncoe.com
                Thompson, Coe, Cousins & Irons, L.L.P.
                700 North Pearl Street, 25th Floor
                Dallas, Texas 75201
                214-871-8200
                214-871-8209 (fax)

                **ATTORNEYS FOR DEFENDANT UTICA LLOYD'S OF TEXAS**

                -and-

                */s/ Jay Scott Simon *by permission*
                Chad T. Wilson
                Bar No. 24079587
                Jay Scott Simon
                Bar No. 24008040
                CHAD T. WILSON LAW FIRM PLLC
                455 E Medical Center Blvd, Ste 555
                Webster, Texas 77598
                Telephone: (832) 415-1432
                **cwilson@cwilsonlaw.com**
                **jsimon@cwilsonlaw.com**

                ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      This is to certify that on December 17, 2024, a true and correct copy of the foregoing was delivered to all counsel of record by electronic filing in accordance with the Federal Rules of Civil Procedure.

      */s/ Brett D. Gardner*
      Brett D. Gardner