IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PEDLAR COSMETIC AND FAMILY DENTISTRY PLLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-04014 |
| UTICA LLOYD'S OF TEXAS, | § § § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
**ENTERED**
December 20, 2024
Nathan Ochsner, Clerk

## ORDER OF DISMISSAL

On the date indicated below came on to be considered the Joint Stipulation of Dismissal by and between Pedlar Cosmetic and Family Dentistry PLLC and Defendant Utica Lloyd's of Texas.

**IT IS THEREFORE ORDERED** by the Court that, pursuant to the stipulation filed by Plaintiff and Defendant, Plaintiff Pedlar Cosmetic and Family Dentistry PLLC's claims against Defendant Utica Lloyd's of Texas are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with costs taxed against the parties incurring same.

SIGNED: December 19, 2024.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AND AGREED
AS TO FORM AND SUBSTANCE:**

*/s/ Daniel P. Buechler*
Daniel P. Buechler
State Bar No. 24047756
dbuechler@thompsoncoe.com
Brett D. Gardner
State Bar No. 24078539
bgardner@thompsoncoe.com
Thompson, Coe, Cousins & Irons, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
214-871-8200
214-871-8209 (fax)

**ATTORNEYS FOR DEFENDANT
UTICA LLOYD'S OF TEXAS**

-and-

*/s/ Jay Scott Simon \*by permission*
Chad T. Wilson
Bar No. 24079587
Jay Scott Simon
Bar No. 24008040
CHAD T. WILSON LAW FIRM PLLC
455 E Medical Center Blvd, Ste 555
Webster, Texas 77598
Telephone: (832) 415-1432
**cwilson@cwilsonlaw.com
jsimon@cwilsonlaw.com**

ATTORNEYS FOR PLAINTIFF